# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-19-00861-CV

### In the Matter of M. L. D.

### FROM THE 27TH DISTRICT COURT OF LAMPASAS COUNTY
### NO. 477-J, THE HONORABLE JOHN GAUNTT, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant M. L. D. has filed an unopposed motion to dismiss this appeal. The motion is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id.*; *see also id.* R. 42.1(a)(1).

_____

Thomas J. Baker, Justice

Before Chief Justice Rose, Justices Baker and Triana

Dismissed on Appellant's Motion

Filed: February 21, 2020